SEYFARTH SHAW LLP
Selyn Hong
*shong@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Pamela Q. Devata (*pro hac vice* forthcoming)
*pdevata@seyfarth.com*
John W. Drury (*pro hac vice* forthcoming)
*jdrury@seyfarth.com*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendants Confi-Chek, Inc., Confi-Chek, Inc. d/b/a Peoplefinders.com, Enformion, Inc., and Confi-Check, Inc. d/b/aAdvanced Background Checks

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARZA, NASER ALZER, MARGARITA HERNANDEZ, KIMBERLY KENNEDY, AMANDEEP SINGH, SAMAH HAIDER, on behalf of themselves and of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONFI-CHEK, INC., A HOLDING OCMPANY FOR CONFI-CHEK INVESTIGATIONS; PEOPLEFINDERS.COM; ENFORMION, INC.; PUBLICRECORDSNOW.COM; PRIVATEEYE.COM; VEROMI.NET; AND ADVANCED BACKGROUND CHECKS,<br><br>Defendants. | Case No. 2:18-cv-01968-KJM-EFB<br><br>Judge Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING FOR DEFENDANTS (1) CONFI-CHEK, INC.; (2) CONFI-CHEK, INC. d/b/a PEOPLEFINDERS; (3) CONFI-CHECK, INC. d/b/a ADVANCED BACKGROUND CHECKS; and (4) ENFORMION**<br><br>Complaint Filed: July 16, 2018 |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, Plaintiffs David Garza, Naser Alzer, Margarita Hernandez, Kimberly Kennedy, Amandeep Singh, and Samah Haider, on behalf of themselves and of others similarly situated (collectively, "Plaintiffs") and Defendants Confi-Chek, Inc. (incorrectly identified in the Complaint as "Confi-Chek, Inc., a holding company for Confi-Chek Investigations"), Confi-Chek, Inc. d/b/a PeopleFinders (incorrectly identified in the Complaint as "PeopleFinders.com"), Confi-Chek, Inc. d/b/a Advanced Background Checks (incorrectly identified in the Complaint as "Advanced Background Checks"); and Enformion, Inc. (collectively, "Defendants") submit the following stipulation to extend the above-referenced Defendants' time to file a responsive pleading to Plaintiffs' Complaint by 21 days from September 18, 2018 to October 9, 2018. In further support of this Stipulation, the Parties state the following:

1. Plaintiffs filed their Class Action Complaint ("Complaint") on July 16, 2018. Through Defendants' prior counsel, the parties entered into two prior stipulations to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint. (ECF Nos. 16, 17.) On September 5, 2018, the Court entered an order granting the parties' stipulation and extending Defendants' time to respond to Plaintiffs' Complaint through September 18, 2018. (ECF No. 18.)

2. The parties' counsel have been in contact regarding the identity of the proper defendants in this action. Based on those discussions, Plaintiffs' counsel has represented that Plaintiffs intend to amend the complaint. Defendants' counsel will provide Plaintiffs' counsel with additional information so that Plaintiffs may amend the Complaint to identify the proper Defendants. Given the anticipated filing of an amended complaint, the parties request a 21 day extension for Defendants to file their responsive pleading.

3. In addition, the undersigned counsel, Seyfarth Shaw LLP, was just retained this week to represent the Defendants identified above in this matter. Defendants' counsel requires additional time to investigate the allegations in the Complaint, provide information to Plaintiffs' counsel regarding the correct corporate entities to be named in the amended complaint, and review and respond to the allegations in the anticipated amended complaint.

4. For the foregoing reasons, the parties respectfully request a 21 day extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint. The extension of time will not affect any hearing or scheduling deadline in this case.

5. On September 18, 2018, Defendants' counsel contacted Plaintiffs' counsel regarding Defendants' request for a 21-day extension of time in which to file its responsive pleading. Plaintiffs' counsel stated that he had no objection to the 21-day extension.

6. Accordingly, the Parties agree that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is extended to October 9, 2018.

**IT IS SO STIPULATED.**

DATED: September 18, 2018         Respectfully submitted,

CONSUMER JUSTICE CENTER, P.A.

By: /s/ *Thomas J. Lyons, Jr.*
    Thomas J. Lyons, Jr.
Attorneys for Plaintiffs

DATED: September 18, 2018         Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Selyn Hong*
    Selyn Hong
    Pamela Q. Devata (*pro hac vice* application forthcoming)
    John W. Drury (*pro hac vice* application forthcoming)
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: September 19, 2018.

_____
UNITED STATES DISTRICT JUDGE