Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
(*Admitted Pro Hac Vice*)
**CONSUMER JUSTICE CENTER P.A.**
367 Commerce Court
Vadnais Heights, MN  55127
Telephone: 651-770-9707
Facsimile: 651-704-0907
tommy@consumerjusticecenter.com

David George, Esq.
(*Admitted Pro Hac Vice)*
**BAKER WOTRING LLP**
700 JP Morgan Chase Tower
600 Travis Street
Houston, TX  77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
dgeorge@bakerwotring.com

*Attorney for Plaintiff*
**David Garza, Naser Alzer,
Margarita Hernandez, Kimberly Kennedy,
Amandeep Singh, Samah Haider**
and the class

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **David Garza, Naser Alzer, Margarita Hernandez, Kimberly Kennedy, Amandeep Singh, Samah Haider,** on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**Confi-Chek, Inc.**, a holding company for **Confi-Chek Investigations, Peoplefinders.com, Enformion, Inc., PublicRecordsNOW.com,** | Case No. 2:18-cv-01968-KJM-EFB<br><br>**JOINT MID-DISCOVERY STATUS CONFERENCE REPORT** |

**PrivateEye.com, Veromi.net, and Advanced Background Checks**,

Defendants.

## REQUEST TO VACATE MID-DISCOVERY STATUS CONFERENCE

Counsel for all parties have conferred regarding the Joint Mid-Discovery Status Conference Report set for March 6, 2019 and request that it be postponed until Defendants' motion to transfer venue to the Eastern District of Texas is resolved.

## ALTERNATIVE REQUEST FOR TELEPHONIC APPEARANCE

Alternatively, should the conference not be vacated, counsel for all the parties desire to appear at the Mid-Discovery Status Conference telephonically.

## JOINT MID-DISCOVERY STATUS CONFERENCE REPORT

Pursuant to the Scheduling Order dated December 19, 2018, the parties hereby submit this joint mid-discovery status conference report.

1. Mid-Discovery Status Conference Report

    (a) Plaintiffs served discovery on the Defendants and Defendants have responded to the discovery.

    (b) Defendants filed a Motion to Transfer to the Eastern District of Texas on January 29, 2019.

    (c) Plaintiffs response to Defendants' Motions to Transfer is currently due on February 22, 2019.

Dated this 20th day of February, 2019.

Respectfully Submitted,

By:   /s/ Thomas J. Lyons, Jr.

Thomas J. Lyons, Jr., Esq.
(*Admitted Pro Hac Vice*)
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707

2
JOINT MID-DISCOVERY STATUS CONFERENCE REPORT
55178912v.1

Facsimile: (651)704-0907
Email: tommy@consumerjusticecenter.com

David George, Esq.
(*Admitted Pro Hac Vice*)
BAKER WOTRING LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
Email: dgeorge@bakerwotring.com

Stephanie R. Tatar – State Bar No. 237792
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Email: Stephanie@thetatarlawfirm.com

*ATTORNEYS FOR PLAINTIFFS*
*DAVID GARZA, et al*

By: /s/Christopher Lee
Christopher Lee (SBN 274639)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
chlee@seyfarth.com

Christopher J. Truxler (SBN 282354)
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Pamela Q. Devata*

John W. Drury *
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*ATTORNEYS FOR DEFENDANTS CONFI-CHEK, INC. d/b/a PeopleFinders and d/b/a Advanced Background Checks; and ENFORMION, INC.*