

## DECLARATION OF DAVID GEORGE

David George makes the following declaration pursuant to 28 U.S.C. § 1746:

1.      My name is David George. I am over the age of 21, I have never been convicted of a felony or a crime of moral turpitude, and I am in all ways competent to make this declaration. The facts in this declaration are based on my personal knowledge, and they are true and correct.

2.      I am one of the attorneys for the plaintiffs in *David Garza, et al. v. Confi-Chek, Inc.*, No. 2:18-cv-01968-KJM-EFB (E.D. Cal.). I have been a licensed Texas attorney since 1995. I am board-certified in civil-appellate law by the Texas Board of Legal Specialization.

3.      I live in, and practice law in, Houston, Texas. I am a life-long resident of Texas, and I am familiar with Texas geography. I have been admitted to practice in the United States District Courts for the Southern, Eastern, Northern, and Western Districts, for over twenty years, so I am familiar with the boundaries of those districts. I am a former law clerk with the United States Court of Appeals for the Fifth Circuit, so I am familiar with the boundaries of the four federal judicial districts in Texas. I am a former law clerk with the Eastern District of Texas, so I am especially familiar with the boundaries of the Eastern District of Texas.

4.      Houston is located in Harris County, Texas and Fort Bend County, Texas. Those counties are—by statute—located in the Southern District of Texas. 28 U.S.C. § 124(b)(2). So Houston is located in the Southern District of Texas. Houston is not located in the Eastern District of Texas. 28 U.S.C. § 124(c).

5.      San Antonio, Texas is located in Bexar County, Texas; Medina County, Texas; and Comal County, Texas. Those counties are—by statute—located in the Western District of Texas. 28 U.S.C. § 124(d)(4). So San Antonio is located in the Western District of Texas. San Antonio is not located in the Eastern District of Texas. 28 U.S.C. § 124(c).

6.      Cedar Park is located in Travis County, Texas and Williamson County, Texas. Travis County and Williamson County are in the Western District of Texas. 28 U.S.C. § 124(d)(1). So Cedar Park is located in the Western District of Texas. Cedar Park is not located in the Eastern District of Texas. 28 U.S.C. § 124(c).

7.      The Eastern District of Texas has six divisions: Beaumont, Lufkin, Marshall, Sherman, Texarkana, and Tyler. According to the Eastern District of Texas' website, www.txed.uscourts.gov, the Eastern District of Texas' courthouses are located at the following addresses:

>    Jack Brooks Federal Building and United States Courthouse
>    300 Willow Street

>Beaumont, TX 77701
>
>Ward R. Burke United States Courthouse
>104 N. Third Street
>Lufkin, TX 75901
>
>Sam B. Hall, Jr. Federal Building and United States Courthouse
>100 East Houston Street
>Marshall, Texas 75670
>
>Paul Brown United States Courthouse
>101 E. Pecan Street
>Sherman, TX 75090
>
>US Courthouse
>7940 Preston Road
>Plano, TX 75024
>
>United States Courthouse Annex
>200 N. Travis Street
>Sherman, TX 75090
>
>United States Courthouse and Post Office
>500 N. State Line Avenue
>Texarkana, TX 75501
>
>William M Steger Federal Building and United States Courthouse
>211 W Ferguson Street
>Tyler, TX 75702

8. Attached as Exhibit 1 to this Declaration is a true and correct copy of the results of a Google maps search of the driving distances from Austin and San Antonio, respectively, to the Eastern District of Texas courthouses. Each of those driving distances is more than 100 miles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2019.

_____
David George
Declarant





| | via US-79 N | 5 h |
| --- | --- | --- |
| | Best route | 275 miles |
| | ⚠ This route has tolls. | |

| | via I-35 N and I-20 E | 5 h 1 min |
| --- | --- | --- |
| | | 337 miles |

| | via I-35 N and TX-31 E | 4 h 59 min |
| --- | --- | --- |
| | | 298 miles |

Case 2:18-cv-01968-KJM-EFB   Document 45-1   Filed 02/22/19   Page 6 of 19



| | via I-35W N and I-35 N | 4 h 28 min |
|---|---|---|
| | Fastest route now, avoids road closures on I-35E N<br>⚠ This route has tolls. | 287 miles |
| | via I-35 N<br>Some traffic, as usual | 4 h 33 min<br>263 miles |
| | via I-35 N and US-75 N<br>Some traffic, as usual | 4 h 59 min<br>274 miles |

# Google Maps

**Austin, Texas to 104 N Third St, Lufkin, TX 75901**

Drive 223 miles, 3 h 51 min



Map data ©2019 Google, INEGI   20 mi

- **via TX-21 E/W State Hwy 21** — 3 h 51 min, 223 miles
  Fastest route now due to traffic conditions
  ⚠ This route has tolls.

- **via US-79 N and TX-7 E** — 3 h 53 min, 219 miles

- **via TX-21 E/W State Hwy 21 and TX-94 E** — 4 h 5 min, 229 miles

Case 2:18-cv-01968-KJM-EFB   Document 45-1   Filed 02/22/19   Page 8 of 19



Austin, Texas to 211 W Ferguson St, Tyler, TX 75702

Drive 229 miles, 4 h 1 min

🚗 **via I-35 N and TX-31 E**  **4 h 1 min**
Fastest route, the usual traffic  229 miles

🚗 **via US-79 N**  **4 h 7 min**
  223 miles

🚗 **via I-35 N**  **4 h 13 min**
  248 miles



**Austin, Texas to 300 Willow St, Beaumont, TX 77701**

Drive 251 miles, 4 h 3 min

via TX-71 E and I-10 E — 4 h 3 min
Best route — 251 miles
⚠ This route has tolls.

via US-290 E, US-290 E and I-10 E — 4 h 3 min
248 miles

Case 2:18-cv-01968-KJM-EFB   Document 45-1   Filed 02/22/19   Page 10 of 19

# Google Maps

**Austin, Texas to 500 N State Line Ave, Texarkana, TX 75501**  Drive 374 miles, 5 h 48 min



Map data ©2019 Google, INEGI   50 mi

🚗 **via I-35 N and I-30 E**  **5 h 48 min**
Fastest route, the usual traffic   374 miles

🚗 **via I-35 N, TX-19 N and I-30 E**  **5 h 58 min**
361 miles

🚗 **via US-79 N**  **6 h 15 min**
348 miles

Google Maps    **Austin, Texas to 7940 Preston Rd, Plano, TX 75024**    Drive 233 miles, 3 h 56 min



Map data ©2019 Google, INEGI   50 mi

🚗 **via I-35 N**    **3 h 56 min**
Fastest route now, avoids road closures on I-35E N    233 miles
⚠️ This route has tolls.

🚗 **via I-35 N and I-35E N**    3 h 58 min
Some traffic, as usual    219 miles

**San Antonio, Texas to 100 E Houston St, Marshall, TX 75670**

Drive 376 miles, 6 h 14 min



Map data ©2019 Google, INEGI    50 mi

---

**via I-35 N**    6 h 14 min
Fastest route now due to traffic conditions    376 miles
⚠️ This route has tolls.

**via US-79 N**    6 h 19 min
353 miles

**via I-35 N and I-20 E**    6 h 23 min
415 miles



Google Maps   **San Antonio, Texas to 101 E Pecan St, Sherman, TX 75090**   Drive 342 miles, 5 h 38 min

Map data ©2019 Google, INEGI   50 mi

🚗 **via I-35 N**   **5 h 38 min**
Fastest route now, avoids road closures on I-35E N   342 miles

🚗 **via I-35 N and I-35W N**   **5 h 42 min**
356 miles

Case 2:18-cv-01968-KJM-EFB   Document 45-1   Filed 02/22/19   Page 14 of 19



Google Maps   **San Antonio, Texas to 104 N Third St, Lufkin, TX 75901**   Drive 317 miles, 4 h 51 min

- **via I-10 E**  —  **4 h 51 min** / 317 miles
  Fastest route, the usual traffic
  ⚠ This route has tolls.

- **via TX-21 E/W State Hwy 21**  —  **4 h 56 min** / 285 miles

- **via I-35 N, US-79 N and TX-7 E**  —  **5 h 12 min** / 297 miles

https://www.google.com/maps/dir/San+Antonio,+Texas/104+N+Third+St,+Lufkin,+TX+75901/@30.391926,-97.7341102,8z/data=!3m1!4b1!4m14!4m1…  1/2

Case 2:18-cv-01968-KJM-EFB   Document 45-1   Filed 02/22/19   Page 15 of 19

## San Antonio, Texas to 200 N Travis St, Sherman, TX 75090

Drive 342 miles, 5 h 11 min



Map data ©2019 Google, INEGI   50 mi

**via I-35 N**  **5 h 11 min**
Fastest route now, avoids road closures on I-35E N   342 miles

**via I-35 N and I-35W N**  **5 h 22 min**
356 miles



**Google Maps**    San Antonio, Texas to 211 W Ferguson St, Tyler, TX 75702    Drive 308 miles, 5 h 18 min

🚗 **via I-35 N and TX-31 E**    **5 h 18 min**
Fastest route, the usual traffic    308 miles

🚗 **via I-35 N and US-79 N**    **5 h 26 min**
302 miles

🚗 **via I-35 N**    **5 h 31 min**
326 miles

## Google Maps

**San Antonio, Texas to 300 Willow St, Beaumont, TX 77701**

Drive 283 miles, 4 h 35 min



Map data ©2019 Google, INEGI   50 mi

🚗 **via I-10 E**                           4 h 35 min
Fastest route, the usual traffic            283 miles

🚗 **via TX-105 and I-10 E**                4 h 47 min
                                            309 miles

🚗 **via US-290 E and I-10 E**              5 h 16 min
                                            308 miles



# Google Maps

**San Antonio, Texas to 500 N State Line Ave, Texarkana, TX 75501**

Drive 452 miles, 7 h 7 min

🚗 **via I-35 N and I-30 E**  7 h 7 min
Fastest route, the usual traffic  452 miles

🚗 **via I-35 N**  7 h 16 min
439 miles

🚗 **via US-79 N**  7 h 34 min
426 miles

Maps    **San Antonio, Texas to 7940 Preston Rd, Plano, TX 75024**    Drive 298 miles, 4 h 58 min



Map data ©2019 Google, INEGI   50 mi

🚗 **via I-35 N**    **4 h 58 min**
Fastest route now, avoids road closures on I-35E N    298 miles
⚠ This route has tolls.

🚗 **via I-35 N and I-45 N**    **5 h 17 min**
315 miles