SEYFARTH SHAW LLP
Pamela Q. Devata (pro hac vice)
pdevata@seyfarth.com
John W. Drury (pro hac vice)
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

SEYFARTH SHAW LLP
Christopher J. Truxler (SBN# 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Christopher Lee (SBN# 274639)
chlee@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 201-1589
Facsimile:  (310) 201-5219

Attorneys for Defendants
Confi-Chek, Inc. d/b/a Peoplefinders.com and d/b/a Advanced Background Checks; and Enformion, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GARZA, NASER ALZER, KIMBERLY KENNEDY, AMANDEEP SINGH, SAMAH HAIDER, ON BEHALF OF THEMSELVES AND OF OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CONFI-CHEK, INC., A HOLDING COMPANY FOR PEOPLEFINDERS.COM; ENFORMION, INC.; AND ADVANCED BACKGROUND CHECKS,<br><br>Defendants. | Case No. 2:18-cv-01968-KJM-EFB<br><br>The Honorable Kimberly J. Mueller<br><br>Magistrate Judge Edmund F. Brennan<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO CHANGE VENUE TO THE EASTERN DISTRICT OF TEXAS**<br><br>Complaint Filed: July 16, 2018 |

TO THE COURT AND ALL PARTIES:

Please take notice that Defendants withdraw their motion to change venue to the Eastern District of Texas filed on January 29, 2019 and initially set to be heard on March 8, 2019 at 10:00 a.m.  Dkt. No. 42.

DATED: February 25, 2019  Respectfully submitted,

SEYFARTH SHAW LLP

By: /s *Christopher Lee*
Pamela Q. Devata
John W. Drury
Christopher J. Truxler
Christopher Lee
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021.

On February 25, 2019, I served the following document(s):

1) **NOTICE OF WITHDRAWAL OF MOTION TO CHANGE VENUE TO THE EASTERN DISTRICT OF TEXAS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☑ Electronically via the Court's CM/ECF System.

Service was made on the parties listed below:

| | |
|---|---|
| William David George, Esq.<br>dgeorge@bakerwotring.com<br>Baker Wotring LLP<br>600 Travis St.<br>Houston, TX 77002<br>(713) 980-1700 | Stephanie R. Tatar, Esq.<br>stephanie@thetatarlawfirm.com<br>Tatar Law Firm<br>3500 W. Olive Ave., Suite 300<br>Burbank, CA 91505<br>(323) 744-1146 |

Thomas J. Lyons
tommy@consumerjusticecenter.com
Consumer Justice Center
367 Commerce Court
Vadnais Heights, MN 55127
(800) 556-6752

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 25, 2019, at Los Angeles, California.

_____
Mark Betti

NOTICE OF WITHDRAWAL OF MOTION TO CHANGE VENUE TO THE EASTERN DISTRICT OF TEXAS
55222732v.1