SEYFARTH SHAW LLP
Pamela Q. Devata (pro hac vice)
pdevata@seyfarth.com
John W. Drury (pro hac vice)
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

SEYFARTH SHAW LLP
Christopher J. Truxler (SBN# 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Christopher Lee (SBN# 234639)
chlee@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 201-1589
Facsimile:  (310) 201-5219

Attorneys for Defendants
Confi-Chek, Inc. d/b/a Peoplefinders.com and d/b/a Advanced Background Checks; and Enformion, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARZA, NASER ALZER, KIMBERLY KENNEDY, AMANDEEP SINGH, SAMAH HAIDER, ON BEHALF OF THEMSELVES AND OF OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CONFI-CHEK, INC., A HOLDING COMPANY FOR PEOPLEFINDERS.COM; ENFORMION, INC.; AND ADVANCED BACKGROUND CHECKS,<br><br>Defendants. | Case No. 2:18-cv-01968-KJM-EFB<br><br>The Honorable Kimberly J. Mueller<br><br>Magistrate Judge Edmund F. Brennan<br><br>**DECLARATION OF AMBER HIGGINS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF TEXAS**<br><br>Complaint Filed: July 16, 2018 |

DECLARATION OF AMBER HIGGINS

# DECLARATION OF AMBER HIGGINS

I, Amber Higgins, hereby declare and state as follows:

1. I am Chief Executive Officer of Confi-Chek, Inc. d/b/a Peoplefinders.com and d/b/a Advanced Background Checks and Chief Executive Officer of Defendant Enformion, Inc. I have held these positions since 2018. I have personal knowledge of the facts set forth below and could and would competently testify to them if called as a witness in this matter.

2. Defendants are both leading Data-as-a-Service providers. Defendants operate websites that make certain public records available to their customers for purposes limited by their websites' terms of use.

3. Confi-Chek, for example, offers information to individual customers through PeopleFinders, Advanced Background Checks, and other websites. Enformion offers information to businesses for more limited purposes.

4. Both Defendants inform their customers that information on their websites is not made available or to be used for purposes covered by the Fair Credit Reporting Act ("FCRA"), such as employment, credit, or insurance related purposes. Consistent with this prohibition, Defendants have adopted and followed procedures to ensure that their customers do not use information for purposes regulated by the FCRA.

5. By virtue of my positions with Defendants, I am familiar with Defendants' businesses and record keeping practices, including how their websites operate, where the data is sourced from, and how Defendants' business records are prepared and maintained. Defendants' records and any information maintained on individuals are stored electronically by Defendants. As necessary for purposes of litigation, the most efficient way to review and produce any discoverable information is electronically.

6. Based on my review of Defendants' databases and business records, I can state that any information maintained or preserved by Defendants regarding Plaintiffs is maintained electronically.

I declare under the penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.  Executed this 22nd day of February, 2019 in Sacramento, California.

DocuSigned by:

*Amber Higgins*

286C7274309B4D1...

Amber Higgins